UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHARNEY AVRIL MUTSCHLER,

     Plaintiff,

v.

                                 CASE NO. 8:25-cv-02243-SDM-SPF

USED AUTO OUTLET INC et al,

     Defendants.

_____/

## ORDER

     Alleging common law claims and statutory violations arising from the purchase of a vehicle, Sharney Avril Mutschler sues (Doc. 1-1) the defendants, who move (Doc. 8) to compel arbitration. In a well-reasoned report (Doc. 28), the magistrate judge recommends granting the motion because the parties' contract contains an arbitration clause. Notwithstanding Mutschler's response (Doc. 33), which is non-compliant with Local Rule 1.08, the report and recommendation is **ADOPTED**, the motion to compel arbitration is **GRANTED**, and the action is **STAYED** pending completion of arbitration. The clerk must **ADMINISTRATIVELY CLOSE** the case. No later than **SEVEN DAYS** after completion of arbitration, the parties must **PROVIDE NOTICE**.

Mutschler is **WARNED** that an order will strike any future paper failing to comply with Local Rule 1.08.

ORDERED in Tampa, Florida, on January 28, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE